**FILED**

AUG 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

RENATO GONZALES QUIAZON,

    Defendant(s).

No. CR-07-00553-MJJ

**REPORT & RECOMMENDATION REGARDING APPOINTMENT OF COUNSEL**

In court on August 28, 2007, I received defendant's financial declaration and questioned him about his economic circumstances. The above named defendant is currently self employed as a loan officer, but has no income for the last eight months. He has significant ongoing expenses and pre-existing debts. The defendant has some assets: real estate with about $200,000 in equity and a retirement account valued at about $50,000. But the defendant's wife has equitable interests in 50% of each of these assets and it is not clear that defendant could borrow against the remaining value of the home. Therefore, it is appropriate to appoint Assistant Federal Public Defender Joyce Leavitt to represent him. However, I recommend that, at the end of his case, District Judge Martin J. Jenkins re-examine the defendant's financial circumstances to determine whether it would be appropriate to order the defendant to reimburse the public for some or all the publicly-born costs of representing him in this case.

IT IS SO REPORTED AND RECOMMENDED.

Dated: 8/29/07

WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Ed Butler for Monica Narcisse; Financial