1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant QUIAZON
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    )
                                                 )  No. CR 07-00553 MJJ [WDB]
12                 Plaintiff,                     )
                                                 )  STIPULATION AND [PROPOSED]
13         v.                                     )  ORDER MODIFYING CONDITIONS
                                                 )  OF PRETRIAL RELEASE
14  RENATO GONZALES QUIAZON,                      )
                                                 )
15                                               )
                                                 )
16                 Defendant.                     )

17         IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

18  pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the

19  district to travel to Los Angeles, CA leaving Friday, August 31, 2007 and returning on Monday,

20

21  September 3, 2007 to visit with relatives over the labor day weekend.  This trip had already been

22  planned and the arrangements made prior to Mr. Quiazon's arrest and initial appearance in San

23  Francisco on August 24, 2007.  United States Pretrial Services officer Paul Mamaril does not object

24  to the proposed modification and travel so long as Mr. Quiazon provides Mr. Mamaril with his

25  contact information prior to leaving on August 31, 2007.

26

*U.S. v. Renato Gonzales Quiazon*, CR 07-000553 MJJ
Travel Order                              - 1 -

1

2
DATED: _____

/S/
_____

JOYCE LEAVITT
Assistant Federal Public Defender

3

4

5
DATED: _____

/S/
_____

THOMAS G. MOORE
Assistant United States Attorney

6

7   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.

8

9

10
**ORDER**

11      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial

12   release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the district to

13   travel to Los Angeles, CA leaving Friday, August 31, 2007 and returning on Monday, September 3,

14   2007 so long as Mr. Quiazon provides his United States Pretrial Services Officer with contact

15   information prior to leaving on August 31, 2007.

16

17      All other conditions of release shall remain the same.

18      SO ORDERED.

19

20
DATED: _____
_____

WAYNE D. BRAZIL
United States Magistrate Judge

21

22

23

24

25

26

*U.S. v. Renato Gonzales Quiazon*, CR 07-000553 MJJ
Travel Order                                    - 2 -