BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant QUIAZON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00553 MJJ [WDB] |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING CONDITIONS OF |
| | ) | PRETRIAL RELEASE |
| RENATO GONZALES QUIAZON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the district to travel to Los Angeles, CA leaving Friday, August 31, 2007 and returning on Monday, September 3, 2007 to visit with relatives over the labor day weekend. This trip had already been planned and the arrangements made prior to Mr. Quiazon's arrest and initial appearance in San Francisco on August 24, 2007. United States Pretrial Services officer Paul Mamaril does not object to the proposed modification and travel so long as Mr. Quiazon provides Mr. Mamaril with his contact information prior to leaving on August 31, 2007.

*U.S. v. Renato Gonzales Quiazon*, CR 07-000553 MJJ
Travel Order                                                    - 1 -

DATED:                      /S/
                                JOYCE LEAVITT
                                Assistant Federal Public Defender

DATED:                      /S/
                                THOMAS G. MOORE
                                Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the district to travel to Los Angeles, CA leaving Friday, August 31, 2007 and returning on Monday, September 3, 2007 so long as Mr. Quiazon provides his United States Pretrial Services Officer with contact information prior to leaving on August 31, 2007.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: August 31, 2007             *Wayne D. Brazil*
                                       WAYNE D. BRAZIL
                                       United States Magistrate Judge