UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**

AUG 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: August 31, 2007

Case No: CR-07-00553-MJJ    **Judge: MARTIN J. JENKINS**

Reporter: Starr Wilson    Clerk: Ivy Garcia for Monica Narcisse

Defendant(s):    Defense Counsel:

RENATO GONZALES QUIAZON  Present? Y  In Custody? N   Joyce Leavitt

US Attorney: Thomas Moore
Interpreter: Int. not needed by deft.
US Probation Officer: None

Reason for Hearing:
Status - HELD;  Trial Setting - NOT HELD

Ruling:

Notes: The gov't's atty. shall provide the deft's atty. with a box of discovery. The deft's atty. will need some time to review the discovery. The parties jointly asked the Court for a continuance - request GRANTED.

Case continued to: 10/12/07 @ 2:30 p.m. for Further Status/Trial Setting

Motions to be filed by ____ ; Opposition due ____

Case continued to: ____ for Pretrial Conference

Case continued to: ____ for ____ Trial

Excludable Delay: Category: V  For effective prep. & continuity of counsel  Begins: 8/31/07  Ends: 10/12/07

cc: Ed Butler/Debbie Maghoney