**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

September 17, 2007

<u>VIA FACSIMILE (510) 637-3327</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612

**<u>United States v. Renato Quiazon, CR 07-0553 MJJ</u>**
**RE: Request to place matter on calendar for 9/18 for defendant's wife to sign the bond**

Dear Judge Brazil:

    I am writing to ask that the above-referenced case be placed on calendar for September 18, 2007, at 10:00 a.m. for Mr. Quiazon's wife to sign the bond. We had tried to file the property posting documents on Friday, September 14, 2007, but the clerk's office would not accept the deed of trust and other documents at that time. The clerk's office indicated that because the property is co-owned by Mr. Quiazon's wife, Clarissa, who has not signed the bond as a surety, the clerk's office cannot accept the posting of the property. The clerk's office indicated that Clarissa must sign as a surety on Mr. Quiazon's bond in this case before they will accept the documents. This is why the documents were not filed with the court on Friday, September 14, 2007, as ordered by Magistrate Spero at Mr. Quizaon's initial appearance.

    I have spoken with AUSA Thomas Moore and he has no objection to placing the matter on calendar for September 18, 2007 so that Ms. Clarissa Quiazon can sign the bond. He indicated that he will likely have the duty attorney in Oakland stand in at this appearance.

    Sincerely,

    BARRY J. PORTMAN
    Federal Public Defender
        /S/

    JOYCE LEAVITT
    Assistant Federal Public Defender

cc:    Thomas Moore, AUSA