~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
**SEP 2 5 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO:   Honorable Wayne D. Brazil      RE:   Renato Quiazon
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief    DOCKET NO.:   CR 07-00553 MJJ
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Taifa Gaskins                                510-637-3756
U.S. PRETRIAL SERVICES OFFICER               TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A. The defendant shall participate in mental health counseling. Specifically, the defendant shall undergo psychological/psychiatric treatment and medication monitoring as directed by Pretrial Services.

   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____           9-25-07
JUDICIAL OFFICER                    DATE

cc: WDB's Stats, Copy of cover sheet to parties via ECF, Pretrial Financial Debbie Maghroney for Monica Narcisse

Cover Sheet (12/03/02)