1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
2 | THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3 | Chief, Tax Division
  450 Golden Gate Avenue, 9th Floor
4 | San Francisco, California 94102
  Telephone: (415) 436-7017
5 | Facsimile: (415) 436-6748

6 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. CR-07-0553-MJJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RENATO GONZALES QUIAZON, | ) | **[Proposed] SPEEDY TRIAL ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    This matter is scheduled for a status and trial setting hearing on October 12, 2007.

    The parties agree that this matter should be set over October 26, 2007 and that the ends ends of justice to be served in continuing the matter outweigh the public's and the defendant's interests in a speedy trial, and that the time from October 12, 2007, through October 26, 2007, is properly excludable under the Speedy Trial Act based on the complexity of the case and for the continuity and effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv).

///

///

///

[Proposed] Speedy Trial Order
Case No: CR-07-00553-MJJ

1   Accordingly, the parties respectfully request that the Court set this matter for a status
2   conference and trial setting on October 26, 2007 and exclude time from October 12, 2007,
3   through October 26, 2007, based on the complexity of the case and for the continuity and
4   effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv).

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: October 4, 2007        /s/ Thomas Moore
                              THOMAS MOORE
                              Assistant United States Attorneys
                              Attorneys for the United States of America


BARRY J. PORTMAN
Federal Public Defender

Dated: October 4, 2007        /s/ Joyce Leavitt
                              JOYCE LEAVITT
                              Assistant Federal Public Defender
                              Counsel for Defendant Renato Quiazon

### ORDER

IT IS HEREBY ORDERED that the time from October 12, 2007, through October 26, 2007, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) and (iv), based on the reasons set forth above.

Dated: _____
                              United States District Judge

[Proposed] Speedy Trial Order
Case No: CR-07-00553-MJJ