1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant QUIAZON
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )  No. CR 07-00553 MJJ [WDB]
12                  Plaintiff,          )
                                        )  STIPULATION AND [PROPOSED]
13       v.                             )  ORDER MODIFYING CONDITIONS
                                        )  OF PRETRIAL RELEASE
14 RENATO GONZALES QUIAZON,             )
                                        )
15                                      )
                                        )
16                  Defendant.          )

17

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

19 pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the

20 district to travel to Los Angeles, CA leaving Thursday, October 11, 2007, and returning on Saturday,

21 October 13, 2007, to visit with relatives.  This trip had already been planned and the arrangements

22 made prior to Mr. Quiazon's arrest in this case in August.  United States Pretrial Services officer

23
   Paul Mamaril does not object to the proposed modification and travel so long as Mr. Quiazon
24
   provides Mr. Mamaril with his contact information prior to leaving on October 11, 2007.
25

26

*U.S. v. Renato Gonzales Quiazon*, CR 07-000553 MJJ
Travel Order                                      - 1 -

DATED: October 10, 2007  _____
JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED: October 10, 2007  _____
THOMAS G. MOORE    /S/
Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the district to travel to Los Angeles, CA leaving Thursday, October 11, 2007 and returning on Saturday, October 13, 2007 so long as Mr. Quiazon provides his United States Pretrial Services Officer with contact information prior to leaving on October 11, 2007.

All other conditions of release shall remain the same.

SO ORDERED.

DATED:  _____
WAYNE D. BRAZIL
United States Magistrate Judge