UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE MARTIN J. JENKINS
Date:  10/26/07

**Clerk: Frances Stone for Monica Narcisse**
**Court Reporter: Margo Gurule**

**Plaintiff:**  United States

**v.**                                                                                                  **No.** CR-07-00553-MJJ

**Defendant:** Renato Gonzales Quiazon [not present; appearance waived; not in custody]

**Appearances for AUSA:** Thomas Moore

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**               **Ruling:**

Further Status/Trial Setting           STATUS- HELD with Counsel

**Notes:**  Def not present. AFPD says that def was not told of today's date. Appearance waived.

**Case Continued to:  11/15/07 at 2:00PM        for   Stat  or Change of Plea (SF Ctrm #11)**

**Case Continued to:**           **for**
**Case Continued to:**           **for**
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                       **for Pretrial Conference**

**Case Continued to**         **for**              **Trial**

**Excludable Delay: Category: Begins:  10/26/07     Ends:**  11/15/07