| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE MARTIN J. JENKINS** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **November 15, 2007**

Reporter**: Sylvia Russo**

| | |
|---|---|
| Case No: CR-07-0553 MMJ | DEFT:   RENATO GONZALAES QUIAZON <br> (X)Present |
| AUSA:  Thomas Moore | DEF ATTY:   Joyce Leavitt |

**REASON FOR HEARING**  Change of Plea

**RESULT** Matter called, counsel advise the Court of reaching a plea agreement and request the matter be reset for a change of plea.  Time excluded from 11/15/2007 to 12/07/2007.  The plea agreement is lodged with the Court.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** December 07, 2007 @ 2:30p.m. Courtroom 4 (Oakland)
            **for** Change of Plea

**JUDGMENT**

Notes: