UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

**FILED**
DEC 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Judge:** MARTIN J. JENKINS

**Date:** December 07, 2007

**Case No:** CR 07-00553 MJJ

**Case Title:** UNITED STATES v. RENATO QUIAZON (present)

**Appearances:**

For the Government: Thomas Moore

For Defendant(s): Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Deputy Clerk:** Rowena B. Espinosa

**Court Reporter:** Diane Skillman

### PROCEEDINGS

1. Change of Plea - held

### SUMMARY

- The Court accepts the guilty plea entered by the defendant as to Counts 5 and 24-27.
- The matter is continued to **Friday, 03/14/08 at 2:30 PM (Oak) for Sentencing**.