# United States District Court

FILED

JAN 3 0 2008

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 07-0553-01 MJJ
)
Renato G. Quiazon )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____March 14, 2008_____ be continued until _____April 25, 2008_____ at _____2:30 p.m._____.

Date: __1/30/2008__                    _____
                                       Martin J. Jenkins
                                       United States District Judge

NDC-PSR-009 12/06/04