**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8      IN THE UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  USA,                                              No. CR-07-00553 SBA
12           Plaintiff,                               **CLERK'S NOTICE**
13      v.
14  QUIAZON,
15           Defendant.
16  _____/
17      The Judgment & Sentencing in this case has been rescheduled before Judge Armstrong on April 29, 2008, at 10:00 a.m.
18
19  **Plaintiff's Counsel is responsible to serve all parties that are not currently enrolled in the e-filing program of the new date and time. Following service plaintiff shall file a certificate of service with the Court.**
20
21  Dated: 3/4/08                                     FOR THE COURT,
22                                                    Richard W. Wieking, Clerk
23                                                    By: /s/ Lisa R. Clark
24                                                    LISA R. CLARK
                                                      Courtroom Deputy
25
26
27
28