JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
9th floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RENATO GONZALEZ QUIAZON, ) <br> ) <br> Defendants ) <br> ) | No. CR-07-00553-MJJ <br><br> **UNITED STATES'** <br> **SENTENCING MEMORANDA** <br><br> DATE:   April 29, 2008 <br> TIME:   10:00 a.m. |

Plaintiff, United States of America, by its undersigned attorneys, supports the recommendations of the Presentence Investigation Report with the one exception.

The United States asserts that the agreed upon 36 month term of imprisonment is appropriate in light of the defendant's history of substance abuse, his mental and emotional health.  In addition, the agreed 3 year prison sentence achieves the needs for punishment, deterrence against future crimes, protection of the community, and rehabilitative treatment as outlined in 18 U.S.C. §3553.

For the reasons stated, this Court should impose the sentence of 36 months detention which the parties agreed upon in the plea agreement.

JOSEPH P. RUSSONIELLO
United States Attorney


/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division