1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant QUIAZON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR 07-00553 MJJ [WDB] |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER MODIFYING CONDITIONS |
| | ) OF PRETRIAL RELEASE |
| RENATO GONZALES QUIAZON, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the district to travel to Los Angeles, CA leaving Friday, April 25, 2008, and returning on Sunday, April 27, 2008, to visit with relatives. United States Pretrial Services officer Paul Mamaril is aware of the proposed travel and does not object so long as Mr. Quiazon provides him with his contact information prior to leaving on April 25, 2008.

*U.S. v. Renato Gonzales Quiazon*, CR 07-000553 MJJ
Travel Order                                          - 1 -

|   | /S/ |
|---|---|
| DATED: April 24, 2008 | _____ |
|   | JOYCE LEAVITT |
|   | Assistant Federal Public Defender |

                                                                                                                            /S/

DATED: April 24, 2008                               _____
                                                                                THOMAS G. MOORE
                                                                                 Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the district to travel to Los Angeles, CA leaving Friday, April 25, 2008 and returning on Sunday, April 27, 2008 so long as Mr. Quiazon provides his United States Pretrial Services Officer with contact information prior to leaving on April 25, 2008.

All other conditions of release shall remain the same.

SO ORDERED.

DATED:                                                                                                _____
                                                                                 WAYNE D. BRAZIL
                                                                                 United States Magistrate Judge