1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant QUIAZON
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )        SBA
                                          )   No. CR 07-00553 ~~MJJ~~ [WDB]
12                  Plaintiff,            )
                                          )   STIPULATION AND ORDER
13      v.                                )   MODIFYING CONDITIONS OF
                                          )   PRETRIAL RELEASE
14 RENATO GONZALES QUIAZON,               )
                                          )
15                                        )
                                          )
16                  Defendant.            )

17

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

19 pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the

20 district to travel to Los Angeles, CA leaving Friday, April 25, 2008, and returning on Sunday, April

21 27, 2008, to visit with relatives. United States Pretrial Services officer Paul Mamaril is aware of the

22 proposed travel and does not object so long as Mr. Quiazon provides him with his contact

23 information prior to leaving on April 25, 2008.

24

25

26                                                         /S/

*U.S. v. Renato Gonzales Quiazon*, CR 07-000553 MJJ
Travel Order                          - 1 -

DATED: April 24, 2008                    _____
                                         JOYCE LEAVITT
                                         Assistant Federal Public Defender

                                                 /S/

DATED: April 24, 2008                    _____
                                         THOMAS G. MOORE
                                         Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Renato Gonzales Quiazon may be modified to allow Mr. Quiazon to leave the district to travel to Los Angeles, CA leaving Friday, April 25, 2008 and returning on Sunday, April 27, 2008 so long as Mr. Quiazon provides his United States Pretrial Services Officer with contact information prior to leaving on April 25, 2008.

All other conditions of release shall remain the same.

SO ORDERED.

DATED:  April 25, 2008                   _____
                                         WAYNE D. BRAZIL
                                         United States Magistrate Judge

*U.S. v. Renato Gonzales Quiazon*, CR 07-000553 MJJ
Travel Order                              - 2 -