UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/29/08

CR 07-00553SBA                           JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**QUIAZON**                              Present (X) Not Present ( ) In Custody ( )
   DEFENDANT(S)


 <u>TOM MOORE</u>                            <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                           ATTORNEY FOR DEFENDANT(S)


**Deputy Clerk:** Lisa R. Clark            <u>STARR WILSON</u>
                                        Court Reporter

                                         <u>CONNIE COOK</u>
 Interpreter                             Probation Officer
                          **PROCEEDINGS**

**REASON FOR HEARING: JUDGMENT & SENTENCING AS TO CTS 5, 24 THRU 27 OF THE INDICTMENT**

**RESULT OF HEARING: GOVERNMENT MOVES TO DISMISS ALL REMAINING COUNTS - GRANTED**

**JUDGMENT: 36 MONTHS ON CT. 5 AND 36 MONTHS ON CTS. 24 THRU 27 TO RUN CONCURRENTLY; 3 YEARS S/R ON CT. 5 AND 1 YEAR ON EACH OF COUNTS 24 THRU 27 TO RUN CONCURRENTLY; $500.00 SPECIAL ASSESSMENT; $769,224.00 RESTITUTION SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**


                          **PROCEEDINGS**

**Case Continued to**_____ **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ **for Trial(Court/Jury:** ___ **Days/weeks) at 8:30 a.m.**
**Case Continued to**_____ **for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____ **for Change of Plea @ 11:00 a.m.**
**cc:**