| Contact ID | Victim Last Name | Victim First Name | Loss Amount | Level of Victimization |
|---|---|---|---|---|
| 1858723 | C. Denise Clark | Stanley Michael & | $0.00 | |
| 1858724 | Gamboa | Leonel | $0.00 | |
| 1858725 | Garque | Flordeliza | $0.00 | |
| 1858726 | Gomez | Fairly | $0.00 | |
| 1858727 | Grefaldia | Evelyn and Antonio | $0.00 | |
| 1858728 | Howard | Cusanda | $0.00 | |
| 1858736 | New Century Mortgage | | | |
| 1858729 | Ponce | Adelina and Edmundo | $0.00 | |
| 1858730 | Preyer | Patricia Ann | $0.00 | |
| 1858731 | Quinn | Patricia | $0.00 | |
| 1858732 | Roach | Glenn | $0.00 | |
| 1858733 | Ruiz | Magdalena | $0.00 | |
| 1858734 | Sandoval | Celia and Gusberto | $0.00 | |
| 1858735 | Taylor | George | $0.00 | |