JOSEPH P. RUSSONIELLO (CSBN. 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
  10th floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7017

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR-07-0553-SBA |
| v. | ) | |
| RENATO GONZALEZ QUIAZON, | ) | STIPULATION TO AMEND JUDGMENT IN A CRIMINAL CASE AND ORDER THEREON |
| Defendants. | ) | |

The United States of America and the defendant Renato Gonzalez Quiazon, through their counsel, stipulate and agree that the Judgment In a Criminal Case in this matter entered on May 19, 2008, be amended to provide that the Restitution payable to Individual Victims in the amount of $106,689 be paid to the following individuals in the following amounts:

| VICTIM | AMOUNT OF RESTITUTION |
|---|---|
| Stanley Michael and C. Denise Clark | $ 8,280.42 |
| Leonel Gamboa | $ 5,000.00 |
| Flordeliza Garque | $ 6,187.00 |
| Fairly Gomez | $12,051.00 |
| Evelyn and Antonio Grefaldia | $ 6,369.00 |
| Cusanda Howard | $12,327.60 |
| Makeda Mahali | $ 9,741.91 |
| Adelina and Edmundo Ponce | $ 3,326.00 |
| Patricia Ann Preyer | $ 4,697.90 |
| Patricia Quinn | $ 2,500.00 |

| VICTIM | AMOUNT OF RESTITUTION |
|---|---|
| Glenn Roach | $ 3,597.00 |
| Magdalena Ruiz | $ 6,290.40 |
| Magdalena Ruiz | $ 3,076.00 |
| Celia and Gusberto Sandoval | $ 2,440.00 |
| Ruperto and Elena Soriano | $ 3,060.00 |
| George Taylor | $17,745.00 |

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Joyce Leavitt                                             /s/ Thomas Moore
JOYCE LEAVITT                                            THOMAS MOORE
Assistant Federal Public Defender            Assistant United States Attorney
Attorney for Renato Gonzalez Quiazon   Attorneys for the United States

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____                    _____
                                                                       UNITED STATES DISTRICT JUDGE

STIP. TO AMEND JUDGMENT IN A CRIMINAL
CASE & ORDER (CR-07-0553-SBA)                2