1  JOSEPH P. RUSSONIELLO (CSBN. 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3   10th floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-7017
5
   Attorneys for the United States of America
6
                    **IN THE UNITED STATES DISTRICT COURT FOR THE**
7
                              **NORTHERN DISTRICT OF CALIFORNIA**
8
                                        **OAKLAND DIVISION**
9
   **UNITED STATES OF AMERICA,**          )
10                                         )        **No. CR-07-0553-SBA**
              **Plaintiff,**               )
11                                         )
         **v.**                            )
12                                         )        **STIPULATION TO AMEND**
   **RENATO GONZALEZ QUIAZON,**            )        **JUDGMENT IN A CRIMINAL**
13                                         )        **CASE AND ORDER THEREON**
              **Defendants.**              )
14 _____)

15     The United States of America and the defendant Renato Gonzalez Quiazon, through their

16 counsel, stipulate and agree that the Judgment In a Criminal Case in this matter entered on May

17 19, 2008, be amended to provide that the Restitution payable to Individual Victims in the amount

18 of $106,689.00 be paid to the following individuals in the following amounts:

19

| VICTIM | AMOUNT OF RESTITUTION |
|---|---|
| Stanley Michael and C. Denise Clark | $ 8,280.42 |
| Leonel Gamboa | $ 5,000.00 |
| Flordeliza Garque | $ 6,187.00 |
| Fairly Gomez | $12,051.00 |
| Evelyn and Antonio Grefaldia | $ 6,369.00 |
| Cusanda Howard | $12,327.60 |
| Makeda Mahali | $ 9,741.91 |
| Adelina and Edmundo Ponce | $ 3,326.00 |
| Patricia Ann Preyer | $ 4,697.90 |
| Patricia Quinn | $ 2,500.00 |

| VICTIM | AMOUNT OF RESTITUTION |
|---|---|
| Glenn Roach | $ 3,597.00 |
| Magdalena Ruiz | $ 9,366.17 |
| Celia and Gusberto Sandoval | $ 2,440.00 |
| Ruperto and Elena Soriano | $ 3,060.00 |
| George Taylor | $17,745.00 |

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Joyce Leavitt
JOYCE LEAVITT
Assistant Federal Public Defender
Attorney for Renato Gonzalez Quiazon

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Attorneys for the United States

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/15/08

_____
UNITED STATES DISTRICT JUDGE

STIP. TO AMEND JUDGMENT IN A CRIMINAL
CASE & ORDER (CR-07-0553-SBA)        2